**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LEMAIRE ILLUMINATION TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**MICROSOFT CORPORATION,** *et al.*,<br><br>  Defendants. | **CIVIL ACTION NO. 2:17-cv-729-JRG** |

## ORDER

Before the Court is Plaintiff Lemaire Illumination Technologies, LLC and Defendants Microsoft Corporation, Microsoft Mobile Inc., and Microsoft Mobile Oy's Joint Motion to Dismiss Pursuant to Rule 41(a)(2). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted in this action are dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 2nd day of July, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE